BELL, MCANDREWS & HILTACHK, LLP
CHARLES H. BELL, JR. (SBN 60553)
  Email:  cbell@bmhlaw.com
PAUL GOUGH (SBN 75502)
  Email:  pgough@bmhlaw.com
BRIAN T. HILDRETH (SBN 214131)
  Email:  bhildreth@bmhlaw.com
  13406 Valleyheart Drive North
  Sherman Oaks, CA 91423
  Tel.:  (818) 971-3660/(916) 442-7757
  Fax:  (818) 986-2581/(916) 442-7759
*Attorneys for Plaintiffs Judicial Watch, Inc.,
Election Integrity Project California, Inc.,
Wolfgang Kupka, Rhue Guyant, Jerry Griffin, and
Delores M. Mars*

[Additional counsel listed on subsequent page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JUDICIAL WATCH, INC., ELECTION INTEGRITY PROJECT CALIFORNIA, INC., WOLFGANG KUPKA, RHUE GUYANT, JERRY GRIFFIN, and DELORES M. MARS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEAN C. LOGAN, in his official capacity as the Registrar-Recorder/County Clerk of Los Angeles County, California, and ALEX PADILLA, in his official capacity as the California Secretary of State,**<br><br>Defendants. | 2:17-cv-08948-R-SK<br><br>**PLAINTIFFS' NOTICE OF FINAL SETTLEMENT** |

1  [Additional Counsel]

2  JUDICIAL WATCH, INC.
   ROBERT D. POPPER*
3    Email: rpopper@judicialwatch.org
   RAMONA R. COTCA*
4    Email: rcotca@judicialwatch.org
   PAUL J. ORFANEDES*
5    Email: porfanedes@judicialwatch.org
   ROBERT P. STICHT
6    Email: rsticht@judicialwatch.org
   ERIC W. LEE*
7    Email: elee@judicialwatch.org
     425 Third Street SW, Suite 800
8    Washington, D.C. 20024
     Tel.: (202) 646-5172
9    Fax: (202) 646-5199
10 *Admitted pro hac vice
   Attorneys for Plaintiffs Judicial Watch, Inc.,
11 Election Integrity Project California, Inc.,
   Wolfgang Kupka, Rhue Guyant, Jerry Griffin, and
12 Delores M. Mars

13 LAW OFFICE OF H. CHRISTOPHER COATES
   H. CHRISTOPHER COATES*
14   Email: curriecoates@gmail.com
     934 Compass Point
15   Charleston, South Carolina 29412
     Tel.: (843) 609-0800
16 *Admitted pro hac vice
   Attorneys for Plaintiffs Judicial Watch, Inc.,
17 Election Integrity Project California, Inc.,
   Wolfgang Kupka, Rhue Guyant, Jerry Griffin, and
18 Delores M. Mars

19
20
21
22
23
24
25
26
27
28

# PLAINTIFFS' NOTICE OF FINAL SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Plaintiffs Judicial Watch, Inc., Election Integrity Project California, Inc., Wolfgang Kupka, Rhue Guyant, Jerry Griffin, and Delores M. Mars, give notice that the parties have approved and signed a final settlement agreement in the above-referenced case and that the settlement has become effective.

On August 31, 2018, the parties jointly notified the Court that "the parties have reached agreement on the terms of a settlement"; that they requested "120 days in which to finalize the settlement"; and that "[o]nce the formal settlement agreement has been approved and executed, the parties will notify the Court" and request an order dismissing the case with prejudice but "retain[ing] the Court's jurisdiction to enforce the formal settlement agreement if necessary." Doc. 93 at 1.

On September 5, 2018, the Court issued an Order dismissing this action "without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if the settlement is not consummated"; vacating all dates set; and reserving the Court's "jurisdiction for the purpose of enforcing the settlement." Doc. 94.

Plaintiffs hereby notify the Court that the parties have consummated the settlement to which they alluded and over which this Court has retained jurisdiction for the purposes of enforcement. The executed settlement agreement is attached hereto as Exhibit A.

Dated:      January 3, 2019                    Respectfully Submitted,

*/s/ Robert D. Popper*
Robert D. Popper
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Email: rpopper@judicialwatch.org
Tel.: (202) 646-5172
Fax: (202) 646-5199

*Attorneys for Plaintiffs Judicial Watch, Inc., Election Integrity Project*

*California, Inc., Wolfgang Kupka, Rhue Guyant, Jerry Griffin, and Delores M. Mars*