UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUDICIAL WATCH, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>ALEX PADILLA, in his official capacity as the California Secretary of State and DEAN C. LOGAN, in his official capacity as the Registrar-Recorded/County Clerk of Los Angeles County, California,<br><br>        Defendants - Appellees,<br><br> v.<br><br>MI FAMILIA VOTA EDUCATION FUND; et al.,<br><br>        Movants - Appellants. | No. 18-56102<br><br>D.C. No. 2:17-cv-08948-R-SK<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| JUDICIAL WATCH, INC.; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DEAN C. LOGAN, in his official capacity as the Registrar-Recorded/County Clerk of Los Angeles | No. 18-56105<br><br>D.C. No. 2:17-cv-08948-R-SK<br>U.S. District Court for Central California, Los Angeles |

County, California and ALEX PADILLA, in his official capacity as the California Secretary of State,

        Defendants - Appellees,

v.

CALIFORNIA COMMON CAUSE, Proposed Defendant-Intervenor,

        Movant - Appellant.

The judgment of this Court, entered March 20, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7